**Gina M. Corena, Esq.**
Nevada Bar No. 10330
gina@lawofficecorena.com
**Mahna Pourshaban, Esq., Esq.**
Nevada Bar No. 13743
mahna@lawofficecorena.com
**GINA CORENA & ASSOCIATES**
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 680-1111
Facsimile: (888) 897-6507
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# STATE OF NEVADA

| | |
|---|---|
| RUBEN CESAR ESPINOZA, an individual; | CASE NO.: 2:23-cv-02079-ART-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DATE OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| GEICO ADVANTAGE INSURANCE COMPANY, a Foreign Corporation; DOES I-X; and DOE EMPLOYEES XI-XX; and ROE BUSINESS ENTITIES XXI-XXX, | **[FIRST REQUEST]** |
| Defendants. | |

The parties, by and though their respective counsel here by confirm that the parties are scheduled to enter into a Mediation on January 16, 2024. Therefore, the parties respectfully request additional time to have Plaintiff file his response to Defendant's Motion to Dismiss.

///
///
///
///
///
///
///

1



The parties, by and through their respective counsel, stipulate to the following:

1. Plaintiff will file his Opposition to Defendant's Motion to Dismiss by Wednesday, **January 31, 2024.**

DATED this 12th of January, 2024.  DATED this 12th of January, 2024.
**GINA CORENA & ASSOCIATES**          **McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP**

  */s/ Mahna Pourshaban*                  */s/ Jonathan W. Carlson*
**Mahna Pourshaban, Esq.**              **Jonathan W. Carlson, Esq.**
Nevada Bar No. 12743                    Nevada Bar No. 10536
300 S. Fourth Street, Suite 1400        8337 W. Sunset Rd. Suite 350
Las Vegas, Nevada 89101                 Las Vegas, Nevada 89113
*Attorneys for Plaintiff*               *Attorney for Defendant*

**CASE NO.: 2:23-cv-02079-ART-DJA**
**STIPULATION AND ORDER TO EXTEND DATE OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**
**[FIRST REQUEST]**

**IT IS SO ORDERED:**

Plaintiff will file his Opposition to Defendant's Motion to Dismiss by Wednesday, **January 31, 2024**.

_____
**UNITED STATES MAGISTRATE JUDGE**
DATED: 1/16/2024

| | |
|---|---|
| **From:** | Jonathan Carlson |
| **To:** | Eva Rodriguez Dhimi |
| **Cc:** | Mahna Pourshaban; Debbie DeArmond; Edith Montano; Cheryl Schneider |
| **Subject:** | RE: Espinosa v GEICO |
| **Date:** | Friday, January 12, 2024 1:10:07 PM |

Okay to e-sign for us, thanks.

**From:** Eva Rodriguez Dhimi <eva@lawofficecorena.com>
**Sent:** Friday, January 12, 2024 8:36 AM
**To:** Jonathan Carlson <Jonathan.Carlson@mccormickbarstow.com>
**Cc:** Mahna Pourshaban <Mahna@lawofficecorena.com>; Debbie DeArmond <Debbie.DeArmond@mccormickbarstow.com>; Edith Montano <edith@lawofficecorena.com>
**Subject:** RE: Espinosa v GEICO
**Importance:** High

Good morning,

Please see the updated SAO to meet the court's request.

**From:** Jonathan Carlson <Jonathan.Carlson@mccormickbarstow.com>
**Sent:** Tuesday, January 9, 2024 2:54 PM
**To:** Eva Rodriguez Dhimi <eva@lawofficecorena.com>
**Cc:** Mahna Pourshaban <Mahna@lawofficecorena.com>; Debbie DeArmond <Debbie.DeArmond@mccormickbarstow.com>; Edith Montano <edith@lawofficecorena.com>
**Subject:** Re: Espinosa v GEICO

Okay to esign for us, thanks!

Sent from my iPhone

> On Jan 9, 2024, at 1:42 PM, Eva Rodriguez Dhimi <eva@lawofficecorena.com> wrote:
>
> Good afternoon,
>
> I am following up on our email as the deadline is today to be able to submit to the Court today.
>
> **From:** Eva Rodriguez Dhimi
> **Sent:** Tuesday, January 9, 2024 11:35 AM
> **To:** 'Jonathan Carlson' <Jonathan.Carlson@mccormickbarstow.com>; Mahna Pourshaban <Mahna@lawofficecorena.com>; Debbie DeArmond <Debbie.DeArmond@mccormickbarstow.com>
> **Cc:** Edith Montano <edith@lawofficecorena.com>